# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shannon Sue Pemberton,<br><br>　　　　Plaintiff,<br><br>v.<br><br>American Bankers Insurance Company of Florida, et al.,<br><br>　　　　Defendants. | No. CV-17-08116-PCT-DLR<br><br>**ORDER** |

　　　　The Court has reviewed the parties' Stipulation for Dismissal with Prejudice. (Doc. 20.) For good cause shown,

　　　　**IT IS ORDERED** that the above-entitled matter is hereby dismissed with prejudice, with each of the parties to bear their own attorneys' fees and costs.

　　　　Dated this 13th day of December, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge